United States District Court
Northern District of New York

| | | |
|---|---|---|
| Dingman Pithang, | ) | Case No. 5:19-cv-00635-ATB |
|     *Plaintiff*, | ) | |
| | ) | Andrew T. Baxter, |
| vs. | ) | United States Magistrate Judge |
| | ) | |
| Andrew M. Saul, | ) | Stipulation |
| Commissioner of the Social | ) | Document Electronically Filed |
| Security Administration, | ) | |
|     *Defendant*. | ) | Dated: January 10, 2020 |

### Parties' Stipulation for Remand

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | | |
|---|---|---|
| Andrew M. Saul, | Dingmand Pithang, | IT IS SO ORDERED: |
| By His Attorneys | By Her Attorney | Andrew T. Baxter<br>U.S. Magistrate Judge |
| Grant C. Jaquith,<br>United States Attorney | | Dated: January 13, 2020<br>Syracuse, NY |
| */s/ Susan D. Beller*<br>Susan D. Beller<br>Special Assistant United States Attorney<br>Social Security Administration<br>Office of the General Counsel<br>J.F.K. Federal Building, Room 625<br>Boston, MA 02203<br>(617) 565-4288<br>susan.beller@ssa.gov | */s/ Elizabeth Krupar*[1]<br>Elizabeth Krupar<br>Legal Aid Society of Mid-New York, Inc.<br>221 South Warren St., Suite 310<br>(315) 703-6657<br>betsy.krupar@lasmny.org | |

---

[1] Electronically signed by Susan Beller with Attorney Krupar's permission, provided via email today.